**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

OSWALDO CRUZ, *et al*,
    Plaintiffs,
vs.
ONEWEST BANK, *et al.*,
    Defendants.

2:09-CV-2266-HDM-PAL

**ORDER**

On April 22, 2010, plaintiffs filed a proposed order granting request to remand (#22). On July 2, 2010, plaintiffs filed a motion to stay district court action pending relief from chapter 13 bankruptcy (#23).

On January 5, 2010, this court held a hearing on defendant Mortgage Electronic Registration Systems' notice regarding court's jurisdiction and request to remand (#9). At that hearing, the court granted the request to remand. Consequently, the matter was remanded forthwith to the Eighth Judicial District Court, County of Clark,

State of Nevada, for all further proceedings.

Accordingly, plaintiffs' proposed order granting request to remand (#22) and plaintiffs' motion to stay (#23), which were filed in this action after the case was remanded to state court, are DENIED as moot.

It is so ORDERED.

This 13th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

2